Albert Green Jr.
#285637
Angola State Prison

RECEIVED
JAN 11 REC'D
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

I arrived here at Angola State Prison in December, 2008 from Hunts, after leaving the prison Basile.

Now in the parish of Iberville the parish jail had my teeth clean and the bad teeth pull out. And doing this teeth procedure I ask the Dentist if I could get one tooth pull. So he, the Dentist look over my teeth and ask me which one. Then I said the tooth in the front that is loose. The Dentist look again and said that my teeth even the one which is loose is to good to pull.

Well here at Angola State Prison I ask the Dentist the same question of pulling my tooth in front that was loose. This Dentist states that if my teeth was loose they all must be coming out. Then I explain to him, the Dentist why my tooth were loose. After explaining to the Dentist the reason my tooth were loose the Dentist leading my mouth to pull the tooth and left to see another inmate.

After being gone for so long I couldn't feel my mouth. At his, the Dentist arrival back to me I close my eyes as he, the Dentist go into my mouth to pull my tooth. Now after being in my mouth with me not feeling a thing he, the Dentist ask for the scalpel. So my first thought, he, the Dentist must have broke my tooth or it was already broke. Well after the Dentist being in my mouth for some time with my eyes close and the lady hand in my chest he, the Dentist finally stop. The lady was trying to tell the Dentist

Albert Green Jr.
#285637
Cottonport, LA                    Angola State Prison
No. 19-00506-BAJ-SDJ

Statement of facts:

I place a paper of the first grievance that was filed at Angola in this envelope. This paper was filed in 2009, and their were not a respond. Then after some time had past without an answer the grievance was sent to Warden Cain office. I even gave him a note pertaining to the grievance that was sent to his office in his hand in the chapel.

At the time of sending this grievance all I were asking is why this happen and how can my mouth get fix. Then it was told to me that the Doctor used a scalpel that had been used on another inmate that were sick. The people that said this ask for me not to use their name until they is needed. Now this had me concerned about my health and interested and involved in finding out what is going on. Than as time go on my niece told me about a inmate telling his girlfriend that I was about to die. This girlfriend of his were my niece, niece.

Now with all of this going on I decided to try and get the result of my blood work. The first attempt among others was at Angola. I tried, tried, and tried again. No one would give me the result of my blood work. On an appointment for the infirmary there were a new lady that attempt to help, but strangely she got call from before me. Then a familiar face

came out in her place with the nominal attitude and said you could leave. For some reason I have not seen that new face again. A little while later after asking inmates and security how can I get my mouth fix and the result of my blood work they ship me to A.V.C.. Now at A.V.C. I gave it a few tries to get my blood done to get the result did not happen. Here today at R.L.C.C. I stop getting blood work done in 2018 for that reason and more.

    So that is why in 2019 I file the A.R.P. to the State hoping and praying that the State would give me some help. I that this case just could be heard. Please!

                                 *Albert Green Jr.*
                                 Albert Green Jr
                                 A.G.J.

**UNCENSORED #3**
RAYMOND LABORDE
CORRECTIONAL CENTER
1630 PRISON ROAD
COTTONPORT, LA 71327

Albert Green Jr. #285637
R.L.C.C.
1630 Prison Road   GYM
Cottonport, LA
71327

SHREVEPORT LA 710
7 JAN 2021  PM 1  L



SCREENED
OK
U.S. MARSHAL

United State District Court
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA
70801-1712