UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALBERT GREEN, JR.                                         CIVIL ACTION

VERSUS

LOUISIANA STATE                                           NO. 21-00035-BAJ-EWD
PENITENTIARY, ET AL.

RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 11),** recommending that the Court dismiss Plaintiff's claims with prejudice as duplicative, malicious, legally frivolous, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (*Id.* at p. 4). The Magistrate Judge further recommends that the Court close this case. (*Id.*). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the Report and Recommendation at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

1

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE** as duplicative, malicious, legally frivolous, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 20th day of January, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**